UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DALE J CADDELL,  No. C 12-00689 DMR

        Plaintiff(s), **ORDER REMANDING CASE**

  v.

MICHAEL J ASTRUE,

        Defendant(s).
_____/

     Pursuant to the parties' stipulation, [Docket No. 17], the court hereby REMANDS this action for further proceedings. On remand, the Appeals Council will remand the matter to an administrative law judge for a new decision and further evaluation of the claimant's mental impairments and left knee impairment beginning at step 2 of the sequential evaluation process; further evaluation of the claimant's impairments at step 3; further consideration of the claimant's physical and mental residual functional capacity with information received after the State agency physician's reviews; if necessary and available, medical expert evidence may be obtained, particularly with respect to the claimant's mental impairments and limitations; and if warranted, supplemental vocational expert testimony at step 5.

     IT IS SO ORDERED.

Dated: August 27, 2012

_____
DONNA M. RYU
United States Magistrate Judge