**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DALE J CADDELL,                                No. C 12-00689 DMR

        Plaintiff(s),                        **ORDER REMANDING CASE**

    v.

MICHAEL J ASTRUE,

        Defendant(s).

_____/

      Pursuant to the parties' stipulation, [Docket No. 17], the court hereby REMANDS this action for further proceedings.  On remand, the Appeals Council will remand the matter to an administrative law judge for a new decision and further evaluation of the claimant's mental impairments and left knee impairment beginning at step 2 of the sequential evaluation process; further evaluation of the claimant's impairments at step 3; further consideration of the claimant's physical and mental residual functional capacity with information received after the State agency physician's reviews; if necessary and available, medical expert evidence may be obtained, particularly with respect to the claimant's mental impairments and limitations; and if warranted, supplemental vocational expert testimony at step 5.

    IT IS SO ORDERED.

Dated:  August 27, 2012

                                    _____
                                      DONNA M. RYU
                                      United States Magistrate Judge

IT IS SO ORDERED

Judge Donna M. Ryu