Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Dianna L. Gibson c/o Caddell

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE J. CADDELL, ET. AL., | Case No.: CV 12-0689 DMR |
| Plaintiff, | [PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,100.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of ($350.00) as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: November 16, 2012

_____
THE HONORABLE DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE